**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Ashley Bahena, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.: 1:25-cv-15345 |
| | ) | |
| Electrolux Consumer Products, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Defendant Electrolux Consumer Products, Inc. ("Defendant") and Plaintiff Ashley Bahena ("Plaintiff") hereby inform this Court that the Parties have reached the terms of a settlement in this case and are in the process of formalizing a written settlement agreement. The Parties believe this matter will be ready for formal dismissal within thirty (30) days of this notice. The Parties respectfully request that the Court stay the current the deadlines in this case, in light of the Parties' resolution of this matter.

Respectfully submitted this 25th day of February 2026.

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Zachary A. Madonia*
**Zachary A. Madonia**
Sarahanne Vaughan *(PHV application forthcoming)*
zmadonia@bradley.com
svaughan@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: 205-521-8500
Facsimile: 205-521-8800
*Attorneys for Defendant*

**EQUAL ACCESS LAW GROUP, PLLC**

*/s/ David Reyes*
**David B. Reyes**
Equal Access Law Group, PLLC
68-29 Main Street
Flushing, NY 11367
Dreyes@ealg.law
*Attorney for Plaintiff and Putative Class*